**ORIGINAL**

FILED

2006 SEP 15 AM 8:31

UNITED STATES DISTRICT COURT

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

(HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DEMATTEIS,<br><br>Defendant. | CASE NO. 06CR0512-LAB<br><br>**ORDER TO EXONERATE BOND CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be exonerated and the Clerk release the amount of $50,000, plus interest, from the interest bearing account in the above entitled case to **Elizabeth McGlinn and Scott McGlinn**, 1321 Vardon Rd, Brigantine, NJ 08203; Social Security Number 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.

IT IS FURTHER ORDERED that the Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

SO ORDERED.

DATED: 9-14-06

_Larry A. Burns_
HON. LARRY A BURNS
UNITED STATES DISTRICT COURT JUDGE

06CR0512-LAB